IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 14-cv-00389-AP

VALERIE BANKS on behalf of K.F., a minor child,

     Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

MARY L. ROGACKI
Attorney at Law
1901 W. Littleton Blvd., Suite 130
Littleton, CO 80120
Telephone:  (720) 971-3617
Facsimile:  (303) 798-2526
mrogacki@msn.com

For Defendant:

CHRISTINA J. VALERIO
Assistant Regional Counsel
Social Security Administration
Office of General Counsel
Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
christina.valerio@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:     February 12, 2014**

    **B.     Date Complaint Was Served on U.S. Attorney's Office:  March 7, 2014**

    **C.     Date Answer and Administrative Record Were Filed:  April 24, 2014**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8.     BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.     Plaintiff's Opening Brief Due:          June 23, 2014**

    **B.     Defendant's Response Brief Due:       July 23, 2014**

    **C.     Plaintiff's Reply Brief (If Any) Due:    August 7, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:**     Plaintiff does not request oral argument.

    **B.     Defendant's Statement:**    Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A.     ( )     **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

- B.     (X)     **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 15th day of May, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

*s/ Mary L. Rogacki*
MARY L. ROGACKI
Attorney at Law
1901 w. Littleton Blvd., Suite 130
Littleton, CO 80120
Telephone:  (720) 971-3617
Facsimile:  (303) 798-2526
mrogacki@msn.com

Attorney for Plaintiff

For Defendant:

JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*s/ Christina J. Valerio*
CHRISTINA J. VALERIO
Assistant Regional Counsel
Social Security Administration
Office of General Counsel, Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov

Attorneys for Defendant